**EXHIBIT "A"**

| NAME | PERIOD COVERED | GROSS AMOUNTS DUE |
|---|---|---|
| Bartholomew, Michael | 09/15/07-06/07/08 | $ 854.75 |
| Brown, Matthew | 09/01/07-11/03/07 | 156.78 |
| Clay, Elmer | 07/21/07-10/25/08 | 1,835.00 |
| Cole, Thomas | 04/05/08-04/26/08 | 75.00 |
| Crawford, Alan | 08/04/07-09/29/07 | 182.91 |
| Crawford, Bruce | 07/21/07-11/03/07 | 318.78 |
| Dickinson, Gregory | 07/21/07-10/06/07 | 124.12 |
| Figley, Jonathan | 07/21/07-11/03/07 | 438.17 |
| Mahon, Patrick | 07/21/07-11/03/07 | 1,012.92 |
| Morrison, David | 06/28/08-07/18/09 | 2,308.00 |
| Newsome, Travis | 07/21/07-11/03/07 | 398.48 |
| Patrick, Vincent | 07/21/07-11/03/07 | 320.09 |
| Patsko, Joseph | 07/21/07-11/03/07 | 897.20 |
| Patterson, Scott | 07/21/07-12/22/07 | 1,176.00 |
| Sliwinski, John | 06/06/09-07/18/09 | 65.00 |
| Tibbs, Darrell | 08/25/07-09/08/07 | 80.50 |
| VanHorn, Allen | 07/21/07-10/27/07 | 681.59 |
| Viglio, Louis | 01/03/09-05/16/09 | 162.50 |
| **TOTAL:** | **TOTAL:** | **$11,087.79** |